JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GIBBS and AMMIE GIBBS<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.<br><br>    Defendants. | Case No. EDCV 09-783-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 19, 2009

                                            *Virginia A. Phillips*<br>
                                        VIRGINIA A. PHILLIPS<br>
                                        United States District Judge